(122 So. 460)

### Gabe WILLIAMS v. STATE. (3 Div. 885.)

Supreme Court of Alabama. March 28, 1929.

Rehearing Denied May 30, 1929.

Seal Finklestein, of Montgomery, for petitioner.

Charlie C. McCall, Atty. Gen., and J. W. Brassell, Asst. Atty. Gen., for the State.

THOMAS, J. Petition of Gabe Williams for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in Williams v. State, 122 So. 460.

Writ denied.

ANDERSON, C. J., and SAYRE and BROWN, JJ., concur.